# GERALD L. SHARGEL

GERALD L. SHARGEL
ROSS M. KRAMER
EVAN L. LIPTON

LAW OFFICES

570 LEXINGTON AVE., 45TH FLOOR
NEW YORK, NEW YORK 10022
TEL: 212.446.2323
FAX: 212.446.2330
info@shargellaw.com

September 26, 2011

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Dragonetti, 11 Cr. 003 (DLI)

Dear Judge Irizarry,

    I write on behalf of Anthony Scibelli to submit the attached declaration of Robert Goldstein, M.D., certifying that he has read the protective order in this case and has agreed to abide by its terms.

Respectfully yours,

Ross M. Kramer

cc:   Assistant United States Attorney Whitman Knapp
      All Defense Counsel
      (via ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

       -against-                          No. 11 Cr. 03 (DLI)

ANTHONY SCIBELLI,

                 *Defendant.*
----------------------------------------------------------------X

    I, Robert Goldstein, M.D., pursuant to 28 U.S.C. § 1746, declare the following:

1. I am a forensic psychiatrist. I was retained to work with Anthony Scibelli and his attorneys in connection with the above-captioned case.

2. In order to perform this work, I must review certain recordings made in connection with the case.

3. I have reviewed the Protective Order covering these recordings. I agree to comply with the terms of the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:    New York, New York
                  September 21, 2011

                                                    Robert Goldstein, M.D.

{00025482;1}