# CRIMINAL CAUSE FOR PLEADING

Before: **Dora L. Irizarry, U.S.D.J.**     Date: **February 16, 2012**     Time in Court: **1:00**

Docket Number: **11-CR-3**

Defendant's Name: **Anthony Scibelli**                                                                 **#7**
     **X** Present          ___Not Present          ___Custody          **X** Bail

Defense Counsel:     **Gerald Shargel and Ross Kramer**
                ___CJA          **X** RET          ___F.D.

A.U.S.A. **Whitman Knapp**

Reporter: **Burt Sulzer**                    Deputy Clerk: **Christy Carosella**

- The Defendant was placed under oath, informed of rights, and waives trial before the district court.
- The Defendant withdraws his previously entered plea of not guilty and enters GUILTY PLEA to count 1 of the indictment.
- The Court finds factual basis for and accepts the Defendant's guilty plea.
- The U.S. Probation Department shall disclose the presentence report (PSR) to the Court and the parties by April 17, 2012.
- Sentencing is set for June 29, 2012 at 12:00 noon.
- The parties are advised of Judge Irizarry's sentencing procedures and *Standard Requirements for Criminal Cases* (available on the court website) with respect to deadlines/requirements for objections to the PSR and sentencing submissions; questions are directed to the courtroom deputy. If a modification of the sentencing schedule (submissions/sentence date) is needed, counsel may apply to the Court.
- The Defendant is continued on bond.

**Pursuant to Federal Rule 11 of Criminal Procedure, Judge Irizarry did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The plea of guilty has been accepted. The plea agreement was marked as court exhibit #1 and returned to the Assistant U.S. Attorney at the end of this proceeding.**