| | | |
|---|---|---|
| GERALD L. SHARGEL | **GERALD L. SHARGEL** | 1790 BROADWAY, SUITE 1501 |
| ROSS M. KRAMER | LAW OFFICES | NEW YORK, NEW YORK 10019 |
| EVAN L. LIPTON | | TEL: 212.446.2323 |
| JENNIFER HAYS | | FAX: 212.446.2330 |
| | | info@shargellaw.com |

June 28, 2012

Hon. Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:    <u>United States v. Dragonetti</u>, 11 Cr. 003 (DLI)

Dear Judge Irizarry,

      I write on behalf of defendant Anthony Scibelli to respectfully request a one-time modification to the terms of his release, so that he can attend the christening of his neice Lucia Maria Frangiapane on July 8, 2012. We request this modification because the baby's father is Thomas Frangiapane, Mr. Scibelli's co-defendant in this case. (Mr. Frangipane is the father, and Mr. Scibelli's sister Gina is the mother.)

      The church ceremony is being held at St. Sylvester Church, located at 68 Ohio Avenue, Medford, N.Y. 11763, at 1:30 p.m. The reception is to follow at 4:00 p.m., and is located at The Pavilion, 500 Shore Drive, Oakdale, New York, 11769. This is obviously a very important event for Mr. Scibelli and his family, and we respectfully request that he be granted permission to attend.

      Pretrial Services Officer Robert Stehle has no objection to this request. Assistant United States Attorney Whitman Knapp likewise has no objection.

                                        Respectfully submitted,

                                        *Gerald Shargel*/RMK
                                        Gerald L. Shargel

cc:    Assistant United States Attorney Whitman Knapp
       All Defense Counsel
       (via ECF)
       Pretrial Services Officer Robert Stehle (via email)